341 A.2d 68

**COMMONWEALTH of Pennsylvania**

v.

**John HANNAH, Petitioner.**

Supreme Court of Pennsylvania.

Decided June 4, 1975.

Mark A. Lublin, Philadelphia, for petitioner.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., Philadelphia, for respondent.

## OPINION OF THE COURT

PER CURIAM.

The petition for allocatur is granted. The order of the Superior Court affirming the judgment of sentence is reversed and a new trial is hereby granted. See *Commonwealth v. Triplett*, 462 Pa. 244, 341 A.2d 62 (1975).

JONES, C. J., and EAGEN, J., dissent.